SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

MAR 15 2013

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Crim. No. 2:13-cr-46-GZS |
| v. | ) |
| | ) 18 U.S.C. § 371; 31 U.S.C. § 5324 |
| JOHN HUNT | ) |

## INFORMATION

The United States Attorney charges that:

1. Beginning in about March 2010, and continuing until about May 2010, in the District of Maine, defendant,

**JOHN HUNT**

knowingly and intentionally conspired with others known and unknown to commit offenses against the United States, namely: knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure transactions with a domestic financial institution, to wit: the United States Post Office, in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d) and Title 31, Code of Federal Regulations, Section 103.11.

2. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Maine:

A. United States Postal Money Orders were purchased with cash at U.S. Post Offices, either directly by defendant John Hunt or by another individual (hereinafter 'Individual A') on the following dates, in the following amounts and at the following locations:

| Date | Approximate Time | Location | John Hunt | Individual A |
|---|---|---|---|---|
| 3/25/2010 | 9:30 a.m. | Standish, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 |  |
|  |  |  | $33.00 |  |
|  |  |  |  |  |
| 3/25/2010 | 9:40 a.m. | Cornish, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 |  |
|  |  |  |  |  |
| 3/25/2010 | 10:15 a.m. | Steep Falls, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 |  |
|  |  |  |  |  |
| 3/25/2010 | 10:45 a.m. | Limington, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 |  |
|  |  |  |  |  |
| 4/27/2010 | 1:15 p.m. | Standish, ME | $1,000.00 |  |
|  |  |  | $1,000.00 |  |
|  |  |  | $900.00 |  |
|  |  |  |  |  |
| 4/27/2010 | 3:30 p.m. | Limington, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  |  | $900.00 |
|  |  |  |  |  |
| 4/29/2010 | 10:25 a.m. | Standish, ME |  | $1,000.00 |
|  |  |  |  | $1,000.00 |
|  |  |  |  |  |
| 4/29/2010 | 11:15 a.m. | Gorham, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 |  |
|  |  |  |  |  |
| 4/29/2010 | 12:10 p.m. | Westbrook, ME | $1,000.00 | $1,000.00 |
|  |  |  | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 |  |
|  |  |  |  |  |
| 4/29/2010 | 3:00 p.m. | Limerick, ME | $1,000.00 | $1,000.00 |
|  |  |  | $900.00 | $1,000.00 |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| 4/29/2010 | 4:25 p.m. | Shapleigh, ME | $1,000.00 | $1,000.00 |
| | | | $1,000.00 | $1,000.00 |
| | | | $900.00 | |
| | | | | |
| 4/30/2010 | 12:30 p.m. | Parsonsfield, ME | $1,000.00 | |
| | | | $1,000.00 | |
| | | | $900.00 | |
| | | | | |
| 5/12/2010 | 1:45 p.m. | Shapleigh, ME | $1,000.00 | $1,000.00 |
| | | | $1,000.00 | $1,000.00 |
| | | | $900.00 | |

All in violation of Title 18, United States Code, Section 371.

Dated: March 12, 2013

Michael J. Conley
Assistant U.S. Attorney

3