SCANNED

2:13-cr-46-GZS

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
MAR 15 2013
CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

## Information Synopsis

| | |
|---|---|
| Name: | John Hunt |
| Address: (City & State Only) | Victorville, California |
| Year of Birth and Age: | 1959/53 |
| Violations: | Conspiracy to structure transactions with a domestic financial institution for the purpose of evading reporting requirements, in violation of 18 U.S.C. § 371 and 31 U.S.C. § 5324(a)(3). |
| Penalties: | A maximum term of imprisonment of 5 years, 18 U.S.C. § 5324(d), a fine of $250,000, 18 U.S.C. § 3571(b)(4), or both. |
| Supervised Release: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | Clifford Strike |
| Primary Investigative Agency and Case Agent Name: | United States Postal Inspection Service, Postal Inspector Michael Desrosiers |
| Detention Status: | Not detained |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Cumberland and York |
| AUSA: | Michael J. Conley |
| Guidelines apply? Y/N | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution: | N/A |

| Assessments: | $100.00 |